# Irwin *versus* Wickersham.

If a point of law be reserved on the trial of a cause, the point and the facts upon which it arises must be stated upon the record in order to authorize the Court to enter judgment *non obstante veredicto.*

ERROR to the District Court of *Allegheny county.*

This was an action of covenant brought to recover ground-rent alleged to be due to plaintiff on a lot in the city of Pittsburgh.

On the trial of the cause, defendant's counsel submitted four points in writing, requesting certain instructions to the jury, all of which the Court answered in the negative, and directed the jury to find for the plaintiff, and *reserved the points.* Neither the points reserved, nor the facts upon which such points were founded, were stated upon the record.

The Court afterwards entered judgment for the defendant *non obstante veredicto.*

This ruling of the Court was assigned for error.

*Bigham* and *Leslie,* for plaintiff in error.

*Shinn,* contrà.

The opinion of the Court was delivered by

BLACK, J.—After the evidence in this case had been gone through with on both sides, the Court directed the jury to find a verdict in favour of the plaintiff, which was done of course. Afterwards a judgment was entered for the defendant, *non obstante veredicto,* upon points said to be *reserved.* But how reserved? They are not specified. Nobody can tell what they are from anything that appears on the record. Perhaps it was meant to reserve the written propositions submitted by counsel. In the absence of any facts to apply them to, they are mere abstractions. The truth of the case is in no way ascertained. It is not admitted by the parties; the jury did not pass upon it, and the Court could not.

[Irwin *v.* Wickersham.]

What does it matter whether the plaintiff or defendant was right on the law, since there is not a fact found to which it refers ? We repeat again, that if a point of law is to be reserved, it must be done by stating on the record the facts on which it arises.

Judgment reversed and *venire facias de novo* awarded.